UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:25-cv-2574-TPB-CPT | DATE: November 19, 2025 |
|---|---|
| **HONORABLE THOMAS P. BARBER** | |
| **SHENZHEN LESHENG INDUSTRIAL CO., LTD**<br><br>v.<br><br>**THE INDIVIDUALS, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A** | **PLAINTIFF COUNSEL:**<br>David Reiner<br><br>**DEFENDANT COUNSEL:**<br>N/A |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 10:15 – 10:21 a.m.<br>**TOTAL:** 6 mins. | **COURTROOM:** 14A |

**PROCEEDINGS:** INITIAL CASE MANAGEMENT CONFERENCE

Court addresses service of parties; plaintiff anticipates serving through selling platforms before TRO expires.

Hearing re: motion for preliminary injunction set 12/4/2025 at 4:00 p.m. Notice to follow.