SHENZHEN LESHENG INDUSTRIAL CO., LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, SHENZHEN LESHENG INDUSTRIAL CO., LTD., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action against Defendants designated as No. 59 through No. 146 on Schedule A.

**DATED: December 1, 2025**

        Respectfully Submitted,

        **REINER & REINER, P.A.**
        *Counsel for Plaintiff*
        9100 South Dadeland Boulevard, Suite 901
        Miami, Florida 33156-7815
        Phone: (305) 670-8282; Facsimile: (305) 670-8989
        dpr@reinerslaw.com; eservice@reinerslaw.com

        By: _____
        **DAVID P. REINER, II**; FBN 416400