UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:25-cv-02574-TPB-CPT

SHENZHEN LESHENG INDUSTRIAL CO., LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER AND INCORPORATED MEMORANDUM OF LAW

Plaintiff, SHENZHEN LESHENG INDUSTRIAL CO., LTD., ("Plaintiff"), by and through undersigned counsel, hereby moves for an extension of the Court's *Sealed* Temporary Restraining Order (DE 13) ("TRO"), and states:

1. On November 3, 2025, the Court entered a *Sealed* Order Granting in Part, Deferring in Part, and Denying without Prejudice in Part (DE 13) the Plaintiff's *Sealed* Ex Parte Motion for Entry of Temporary Restraining Order, Preliminary Injunction, Order Restraining Transfer of Assets and Expedited Discovery (DE 12).

2. The TRO was subsequently extended in order for the platforms to

respond and for Plaintiff to effectuate service on Defendants (DE 17).

3. Concurrently herewith, Plaintiff has filed a Certificate of Service identifying the Defendants who have been served based on the information provided by the platforms. See DE 23.

4. Said service on Defendants complied with the procedures specified in the TRO (DE 13), and contained all items required to be served on Defendants under M.D. Fla. Local Rule 6.01(c) including the notice of the preliminary injunction hearing scheduled for December 4, 2025 at 4:00 p.m. (DE 21).

5. In order to effectuate the purposes for which the TRO was granted including maintaining the status quo, Plaintiff requests that Court extend the TRO an additional five (5) days to December 5, 2025 at 2:30 p.m., or for such additional time as the Court requires to enter an order on Plaintiff's motion for preliminary injunction (DE 12).

6. Plaintiff has good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court if the TRO expires and the platforms are required to release the held funds prior to the Court's preliminary injunction order.

7. Courts have found good cause to extend temporary restraining orders under similar circumstances, in order to effectuate the temporary restraining order. See *Lead Creation Inc. v. The Partnerships and Unincorporated Associations*

REINER & REINER, P.A.
ONE DATRAN CENTER ⬥ 9100 SOUTH DADELAND BLVD ⬥ SUITE 901 ⬥ MIAMI ⬥ FLORIDA ⬥ 33156 ⬥ TEL: 305 670-8282 ⬥ FAX: 305 670-8989

*Identified on Schedule A*, 2023 WL 12170777 at *1, Case No. 8:23-cv-49-CEH-CPT (M.D. Fla. February 24, 2023) (finding good cause, and granting TRO extension, in order to (*inter alia*) "maintain the status quo, [as the] TRO will be ineffective if no extension is granted").

**WHEREFORE**, Plaintiff respectfully requests the Court deem extended the Temporary Restraining Order (DE 13) for an additional five (5) days, together with such other relief the Court deems just and proper.

**DATED: December 1, 2025**

       Respectfully Submitted,

       **REINER & REINER, P.A.**
       *Counsel for Plaintiff*
       9100 South Dadeland Blvd., Suite 901
       Miami, Florida  33156-7815
       Tel: (305) 670-8282; Fax: (305) 670-8989
       dpr@reinerslaw.com; eservice@reinerslaw.com

By: _____
**DAVID P. REINER, II, ESQ.**; FBN 416400