# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## CASE NO.: 25-CV-2574-TPB

**SHENZHEN LESHENG INDUSTRIAL CO. LTD.,**

Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

Defendants.

Judge Thomas P. Barber
Magistrate Judge Christopher P. Tuite

_____/

## NOTICE OF APPEARANCE

Please take notice that Jianyin Liu, Esq., on behalf of Law Offices of James Liu, PLLC hereby enters his appearance for the defendants Yywhahfgfb (Doe 44) and Stedack (Doe 25).

Jianyin Liu designates the following email addresses, for service of all documents required to be served in this proceeding:

Primary E-Mail Addresses: jamesliulaw@gmail.com;

Secondary E-Mail Address: jianyin.cdc@gmail.com.

Dated: Dec. 3, 2025

/s/ Jianyin
Liu Jianyin
Liu, Esq.

FBN: 1007675
jamesliulaw@gmail.com
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C Palmetto Bay, FL 33157
Ph: (305) 209 6188

## CERTIFICATE OF SERVICE

    I certify that this document has been served to all parties on record via CM/ECF on this Dec. 3, 2025.

    /s/ Jianyin Liu