All | **Rufus** | Holiday Gifts | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics

27 : 10 : 58

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

Shop now

Sponsored

Toys & Games › Novelty & Gag Toys › Fidget Toys

# Fidget Toys Adults Sensory Stone: 6 Pack Textured Worry Stone for Autism Kids Calming Down - Fidget Stress Toys for Anxiety Relief - Small Students Prizes Fidget Toys

Visit the KLT Store

4.6 ★★★★★ (1,000)    |    Search this page

**Amazon's Choice**

**10K+ bought** in past month

---

**Limited time deal**

**-20%** $**7**⁹⁹

List Price: $9.99   Price history

**Two-Day**
**FREE Returns**

Save 5% on 2 select item(s)   Shop items ›
Save 8% on 5 select item(s)   Shop items ›
Savings   Buy any 10, Save 12%   Shop items ›

Apply to Prime Store Card and get a $80 Amazon Gift Card upon approval, or see if you pre-qualify with no impact to your credit score.

**Style: 6pcs**

| **6pcs** | **12pcs** |
|---|---|
| $7.99 | $16.99 |
| $9.99 | |
| FREE Delivery Friday | FREE Delivery Friday |

**Bundles with this item**

- Sensory Fidget Toys for Adults: Harder than our colorful kids fidget worry stone, this hard version is more suitable for teens and adults to get stronger stimulation. Repeatedly rubbing these textured fidget toys through fingers up and down to replace unconscious repetitive behaviors. Roll these quiet fidget sensory stones in one hand, which helps adults with anxiety to lower the anxiety level and pressure in the brain during working or meeting
- Worry Stone Calming Toys: Perfect tactile fidget sensory set for students to avoid picking fingers, control most nervous habits and calm down. Autism children with special needs could also benefit from this sensory-based play. Meet all your older kids sensory needs through rubbing and touching these silent sensory stone stress toys（Patented Design）
- Quiet Fidgets for Office and Classroom: it's small, non-noise and hidden, you can keep these mini sensory stones in your pocket and bring it with you when studying or working. These adult anti-anxiety toys are perfect to keeping hands moving in stressful and anxious moments as a distraction. Popular tactile fidget toy for adults with autism playing. Use it whenever, wherever, without bothering or distracting anyone around you
- Multi-functional Fidget Toys Sensory Stone: Bulk prize box toys and fidget party favors for classroom. These rubber worry

---

$**7**⁹⁹

**Two-Day**

FREE delivery **Friday, December 5**. Order within **8 hrs 11 mins**

🌿 Shorter shipping distance

Deliver to Jianyin - Palmetto Bay 33157

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | KLT Online |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

⌄ See more

**Add to List**



Sponsored

 Fidget Stone:

↑ Top | About this item | Similar | Product information | From the Brand | Reviews

- Durable and Washable: Made from customized material, these adults fidget item are sturdy and strong. All the edges of stress reliever sensory stones are made into smooth and rounded shapes for autistic boys and girls. You can provide these sensorial fidget toys to children with complete confidence. These autistic quiet fidget sets can also fit easily in a backpack or pocket when teens are outdoors with friends. Your premier choice for a delightful and soothing experience

› See more product details

Report an issue with this product or seller



Sponsored

 +  + 

Total price: $31.97

Add all 3 to Cart

**This item:** Fidget Toys Adults Sensory Stone: 6 Pack Textured Worry Stone for Autism Kids…
4.6   1,000
-20% $7⁹⁹
Limited time deal
List: $9.99

Sponsored
Fidget Toys Adults Sensory Stone: 8 Pack Texture Worry Stone for Kids Calming - Sensory Autism…
4.8   388
$11⁹⁹

Sponsored
Fidget Toys Sensory Rings for Kids: 12 Pack Finger Spinner Rings - Texture Stress Toys for…
4.4   611
$11⁹⁹

### 4 stars and above  Sponsored ⓘ

Page 1 of 62

    

Fidget Toys Adults Sensory Stone: 8 Pack Texture Worry Stone for Kids Calming - Sen…
388
$11⁹⁹
You pay $10.79 with coupon

Fidget Toys Adults Sensory Stone:8 Pack Textured Worry Stones for Kids Calming - So…
62
$9⁹⁹
You pay $6.99 with coupon

Fidget Toys Sensory Stone for Kids: 6 Pack Textured Soft Worry Stone for Autism Kid…
1,053
-17% $9⁹⁹
List: $11.99
You pay $8.99 with coupon

Sensory Toys Fidget Rings for Kids,Finger Spinner Rings,Texture Stress Toys for Kid…
62
Limited time deal
-15% $7⁶⁴
List: $8.99

Magnetic Balls Fidget Toy Adults - 8pcs Sensory Attraction Balls with Silicone Shel…
395
$14⁹⁹

### Based on your recent views  Sponsored ⓘ

Page 1 of 54

Deliver to Jianyin
Palmetto Bay 33157    Toys & Games ▾    EN    Hello, Jianyin
Account & Lists    Returns
& Orders    0

12/3/25, 3:49 PM	Amazon.com: Fidget Toys Adults Sensory Stone: 6 Pack Textured Worry Stone for Autism Kids Calming Down - Fidget Stress Toys for Anxiety …

↑ Top   About this item   Similar   Product information   From the Brand   Reviews   Fidget T… Stone: …



**Fidget Toys Adults Sensory Rings: 12 Pack Texture Spinner Rings - Stress Relief Sen...**
156
-25% $8·99
List: $11.99
You pay $7.19 with coupon

**Quiet Sensory Fidget Toys for Kids & Adults with Autism or ADHD, 8-Pack Earth-Tone ...**
27
$10·99

**Fidget Toys Sensory Stone for Kids: 24 Pack Textured Worry Stones for Adults - Bulk...**
79
-18% $22·95
List Price: $27.95

**Fidget Toys Spinner Rings for Kids – Anxiety Relief Sensory Toys for Kids with Auti...**
7
$7·99
You pay $7.19 with coupon

**Fidget Toys Adults Sensory Stone: 8 Pack Texture Worry Stone for Kids Calming - Sen...**
388
Amazon's Choice
$11·99
You pay $10.79 with coupon

---

**WARNING:**
CHOKING HAZARD -- Small parts. Not for children under 3 yrs.

---

## Product information

### Item details

| | |
|---|---|
| Age Range Description | Kid |
| Brand Name | KLT |
| Customer Reviews | 4.6  (1,000)<br>4.6 out of 5 stars |
| Best Sellers Rank | #1,021 in Toys & Games (See Top 100 in Toys & Games)<br>#23 in Fidget Toys |
| ASIN | B0DC69M33Y |
| Included Components | fidget toys adults |
| Item Height | 4.68 inches |
| Manufacturer | KLT |
| Manufacturer Minimum Age (MONTHS) | 36 |

### Style

| | |
|---|---|
| Item Shape | Round |

### Measurements

| | |
|---|---|
| Size | 4.68 inches |
| Item Dimensions | 0.58 x 5.2 x 4.68 inches |

### Materials & Care

| | |
|---|---|
| Material Type | Thermoplastic Rubber (TPR) |
| Product Care Instructions | Wipe with Damp Cloth |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to *tell us about a lower price?*

---

## Important information

### Safety Information

Small parts

---

12/3/25, 3:49 PM    Amazon.com: Fidget Toys Adults Sensory Stone: 6 Pack Textured Worry Stone for Autism Kids Calming Down - Fidget Stress Toys for Anxiety …

↑ Top    About this item    Similar    Product information    From the Brand    Reviews                Fidget
Stone:



Nice to meet you!

KLT specializes in Textured fidget toys. Pay attention to our brand and keep your eyes peeled for new stress relief toys for you!

Tactile fidget toys for fun

Sensory toys for Ca

## Product description



12/3/25, 3:49 PM  Amazon.com: Fidget Toys Adults Sensory Stone: 6 Pack Textured Worry Stone for Autism Kids Calming Down - Fidget Stress Toys for Anxiety …

Top | About this item | Similar | Product information | From the Brand | Reviews

**Anxiety Relief**

**Concentrate & Focus**

**Smooth & Relax**

**Small Fidgets FOR CALMING**

Helps to focus

Get rid of boredom

Exercise Hands

**Autistic Child**

**Tired of Study**

**Work Pressure**

**Fidget for Elders**





↑ Top · About this item · Similar · Product information · From the Brand · **Reviews**  Fidget Stone:

## Customers who bought this item also bought
Page 1 of 15


**Mr. Pen- Spiky Sensory Rings, 10 Pack, Stress Relief Fidget Sensory Toys, Fidget Rings, Fidg…**
6,376
Amazon's Choice
$5.85 ($0.59/count)
FREE Delivery **Friday, Dec 5**


Sponsored
**Fidget Toys Adults Sensory Stone: 6 Pack Textured Sensory Toys f…**
25
$9.99
FREE Delivery **Friday, Dec 5**


**PILPOC theFube Fidget Cube, 6-Sided Stress Relief Infinity Cube for Adults & Kids, Boosts…**
3,629
#1 Best Seller
-18% $13.95
List: $16.95
FREE Delivery **Friday, Dec 5**
🌿 1 sustainability feature


Sponsored
**Fidget Toys Adults Sensory Stone: 8 Pack Texture Worry Stone fo…**
388
$11.99
FREE Delivery **Friday, Dec 5**


**luckdoor Silicone Magnetic Balls Fidget Toys for Adults & Teens,4PCS Stress Relie…**
604
#1 Best Seller
$9.99
FREE Delivery **Friday, Dec 5**

## What's in the box
- fidget toys adults

### Related products with free delivery  Sponsored ⓘ
Page 1 of 67


**LovesTown 6PCS Silicone Magnetic Fidget Balls, Sensory Toys Stress Balls for Adults…**
20
$11.99


**Little Ouchies Fidget Toys 2 Pack with Carrying Case - 2 Count Pain Stim Fidget Toy…**
30
$9.99
You pay $8.49 with coupon


**8PCS Christmas Green Monster Textures Toys Sensory Stone for Kids, Textured Soft Wor…**
25
-56% $7.99
Typical: $17.99
You pay $7.19 with coupon


**Magnetic Rings Fidget Toy Set, Idea ADHD Fidget Toys, Adult Fidget Magnets Spinner …**
2,622
Amazon's Choice
$13.99


**Fidget Toys Adults Sensory Stone: 8 Pack Texture Worry Stone for Kids Calming - Sen…**
388
$11.99
You pay $10.79 with coupon

## Product Videos



## Similar brands on Amazon
Sponsored

Page 1 of 3






Add to cart

Sponsored

### Looking for specific info?

Ask Rufus or search reviews and Q&A

12/3/25, 3:49 PM    Amazon.com: Fidget Toys Adults Sensory Stone: 6 Pack Textured Worry Stone for Autism Kids Calming Down - Fidget Stress Toys for Anxiety …

↑ Top    About this item    Similar    Product information    From the Brand    **Reviews**    Fidget
Stone:

Can it help with stress relief?

## Customer reviews

4.6 out of 5

1,000 global ratings

5 star ▕▬▬▬▬▬▬▬▬▬▬▬▬▬▬▏ 77%
4 star ▕▬▬▬▏ 14%
3 star ▕▬▏ 6%
2 star ▕▏ 2%
1 star ▕▏ 1%

How customer reviews and ratings work

### Review this product
Share your thoughts with other customers

[ Write a customer review ]



Sponsored

### Customers say

Customers appreciate these fidget stones for their variety of textures and sizes that are perfect for carrying around, and their effectiveness in helping with stress and anxiety, particularly for children with ADHD. They are durable, with one customer noting they hold up well to washing, and customers find them quiet and not distracting, making them suitable for school settings. Customers like their sensory value, with one mentioning they're perfect for sensory input without drawing attention.

 Generated from the text of customer reviews

**Select to learn more**

✓ Texture variety (86)    ✓ Quality (53)    ✓ Stress relief (44)    ✓ Size (39)    ✓ Age range (33)
✓ Durability (25)    ✓ Sensory value (25)    ✓ Noise level (21)

### Reviews with images                                      See all photos ›

   

## Top reviews from the United States

 Krista Hirth

**Sensory friendly for kids and adults!**
Reviewed in the United States on November 6, 2024
Style: 6pcs    **Verified Purchase**

I am adult with AUD, I work in a school where it can get overstimulating sometimes, so having items to fidget with that are concealable even though I shouldn't have to is honestly hard to find but these are not only easy to use but I can put them in my pocket! They are fun to play with, they have different textures and no matter how much I rub or twist them they have not broken or worn down yet! Have had them for about a month now I believe. They do provide relief for my stress and anxiety on the spot! They also make no noise at all so no one even knows I have them on me hence the continued appeal for me because I like having the ability to conceal them! If I'm at home or visiting family however I don't need to hide them they know who I am and accept me so I even play with them with my nieces and nephew they love them, plus they are colorful so that appeal brings the kiddos right in! My coworkers saw them and bought them for kids in the classrooms who need help with fidgeting! Highly recommend for anyone who wants to have something to either conceal, use in a classroom for those fidgeting friends, or just because you need sensory stimulation! Both for kiddos and adults!

16 people found this helpful

[ Helpful ]    Report

 Alana L. Brown

**Better than other Sensory Tactile Products**
Reviewed in the United States on November 9, 2025
Style: 6pcs    **Verified Purchase**

I appreciate the variety in the Sensory Stones! Each one has its own unique texture, which I find incredibly beneficial. Their different sizes are a thoughtful design feature as well; my daughter, with her small hands, can easily use the smaller stones, while I enjoy using the larger ones. It's wonderful how they cater to all ages and needs!can easily use the smaller stones, while I enjoy using the larger ones. It's wonderful how they cater to all ages and needs!

One person found this helpful

[ Helpful ]    Report

  Fidget Stone: …

↑ Top     About this item     Similar     Product information     From the Brand     **Reviews**

These are high-quality stress relievers that come in varied sizes and textures. They are lightweight and feel great with their different surfaces. For the money, these stress relievers are superb. These items and their ease of use can be employed in varied, inconspicuous situations.

One person found this helpful

Helpful     Report

 Jessica Jordan

### Fidget Stones
Reviewed in the United States on October 18, 2025
Style: 6pcs     Verified Purchase

I got these as a fidget for my brother and possibly for myself. I personally liked them but my brother not as much. My brother is on the spectrum and I deal with anxiety so having a fidget helps with both.
The different designs on each stone is the opposite design on the other side and the quality is pretty good. They don't weigh much so you could keep one or two in your pocket or hand if needed. I like that there are different textures to choose from.
While I have not used them yet they're simple enough to use for anxiety relief and perhaps for those kiddos who need to get the wiggles out during a wait period.

2 people found this helpful

Helpful     Report

 Marlene

### Great for therapy!
Reviewed in the United States on October 2, 2025
Style: 6pcs     Verified Purchase

Absolutely loved these worry stones, fidget toys, whatever you'd like to call them. They absolutely are helpful in times of stress to focus on one thing and stay in the moment. They are cute and come in different sizes, colors, textures. The textures definitely feel comfortable and can get you of out that dysregulated state (or just to keep the kids busy 😊 ). Any age can use these and they are very entertaining!

2 people found this helpful

Helpful     Report

 Tilly

### Wonderful fidget
Reviewed in the United States on July 21, 2025
Style: 6pcs     Verified Purchase

The variety that comes in this box is wonderful! There are 6 stones total but each stone has a back side which is a little different than their front so it is like getting 12 different fidgets in one. I used one of the stones at a convention which was perfect since it was pocket sized and had some ridges which made it non threatening and easy to fit in my pocket/purse.
The rest of the stones are in my classroom currently and my students love the different textures and that each rock can also be squeezed a bit as well. The function and the quality are all amazing on these. They are also super light weight and make no noise.

5 people found this helpful

Helpful     Report

 Karen

### Instant stress relief
Reviewed in the United States on October 1, 2025
Style: 6pcs     Verified Purchase

Very calming. I love the different sizes and colors. I keep one or two in my pocket all day at work, and whenever I get stressed, it helps to have one. The different textures are perfect, and they are contoured on both sides. Very sturdy.

One person found this helpful

Helpful     Report



↑ Top    About this item    Similar    Product information    From the Brand    **Reviews**     Fidget Stone: