Deliver to Sarasota 34231 | Toys & Games ▼ | Search Amazon | EN | Hello, sign in Account & Lists ▼ | Returns & Orders | 0 Cart

All | Amazon Haul | Early Prime Deals | Medical Care ▼ | Luxury Stores | Best Sellers | Amazon Basics | New Releases | Groceries ▼ | Prime ▼ | Registry | Customer Service | Gift Cards ▼ | Prime Big Deal Days is October

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List


Lip Tone Equalizing Oil — POUNDCAKE — Shop now

Toys & Games › Novelty & Gag Toys › Fidget Toys › Multi-Item Fidget Toy Packs



VIDEO

Click to see full view

## Hiboom 4 Pcs Silicone Fidget Toys Adults Textured Worry Stone for Autism Kids Small Sensory Fidget Stress Toys for Anxiety Relief Classroom Students Prizes Worker

Visit the Hiboom Store

4.5  |  6 ratings

$8.99 ($2.25 / count)

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

Get $80 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

- Packaging Quantity: 4 Pcs Fidget Toys Sensory Worry Stone, each stress-relieving stone toy is designed with bright colors and unique textures; By repeatedly rubbing these textured stress-relieving toys up and down with your fingers, it helps to reduce anxiety and stress in the brain and provide a pleasant tactile experience for teenagers and adults
- Size and Material: approximately 1.65 to 1.81 inches in length and 1.96 to 2.44 inches in width; This Textured Soft Worry Stone is made from silicone, a soft and smooth material that makes it a compact and portable decompression tool; The toy features thumb-shaped protrusions that fit comfortably in the palm of your hand, allowing you to rub it back and forth to relieve anxiety; Place it on your finger, press gently, and the pressure will be instantly released
- Product Features: small and portable, the Fidget Stress Toys Keep Calm Anxiety Relief is small in volume, light in weight, easy to carry, can be applied at any time no matter where you are, it is a small object that can help people relieve pressure anytime and anywhere
- Easy to Use: place the stress-relieving stone in your pocket, wallet, or small bag for easy access when you feel stressed; For example, you can rub it while waiting in line, on a bus, or during a long wait to relieve stress;, or during a long wait to relieve stress; During meditation, hold the stress-relieving stone in your hand and gently rub it with your breath, which helps to focus your attention and deepen your meditative state, promoting relaxation of both body and mind
- Wide Application: these Relief Toy Stress Relief for Adults Office Worker are ideal for staff to unwind and relieve stress; They provide silent entertainment for people of all ages in various settings, such as cars, airplanes, homes, restaurants, and libraries; They can also be applied as party gifts, carnival prizes, and stuffing for Christmas stockings

Report an issue with this product or seller

### Similar item with fast delivery

Amazon's Choice



BUSOHA Magnetic Fidget Toys Adults - 6 Pack Silicone Fidget Slider Relieve Anxiety for Classroom Office Desk Travel Small Sensory Fidget Toys Worry Stone for Stress,Autism,Gifts for Kids
(77)
$8.99

Prime — Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.
Join Prime

$8.99 ($2.25 / count)

Get **Fast, Free Shipping** with Amazon Prime

FREE delivery **Sunday, September 21** on orders shipped by Amazon over $35

Or **Prime members** get FREE delivery **Tomorrow, September 17**. Order within 47 mins. Join Prime

Deliver to Sarasota 34231

In Stock

Quantity: 1

[ Add to Cart ]
[ Buy Now ]

Ships from  Amazon
Sold by     Stedack
Returns     FREE 30-day refund/replacement
Payment     Secure transaction

☐ Add a gift receipt for easy returns

[ Add to List ]


Fidget Toys Adults Sensory Ring...
$8.99
Sponsored

Sponsored

## Buy it with

  + ... + ...

**This item:** Hiboom 4 Pcs Silicone Fidget Toys Adults Textured Worry Stone for Autism Kids...
$8.99 ($2.25/count)

Fidget Toys Sensory Rings for Kids: 12 Pack Finger Spinner Rings - Texture Stress Toys for...
$9.35

Fidget Toys Sensory Rings for Kids: Fidget Ring 18 Pack - Sensory Toys for Kids with Auti...
$8.99

Total price: $27.33
[ Add all 3 to Cart ]

These items are shipped from and sold by different sellers.
Show details

### Deals on related products  Sponsored ⓘ

|  |  |  |  |  | | |
|---|---|---|---|---|---|---|
| Sensory Fidget Toys for Kids: Textured Silicone Slap Bracelets 6 Pack, Stress Fidge... | 3-in-1 Fidget Toy for Adults, Slider Clicker Spinner EDC Metal Magnetic Desk Office... | Sensory Activity Board: Ednzion Double-Sided Silicone Fidget Toy for Kids & Adults ... | ONO Signets – Silicone Magnetic Balls with Textured Dimples, Bumps, and Waves \|... | Fidget Toys Adults Sensory Stone: 8 Pack Texture Worry Stone for Kids Calming - Sen... | Fidget Toys Sensory Stone for Kids: 6 Pack Textured Soft Worry Stone for Autism Kid... | 15Pack Fidget Toys Bulk for Adult Kid, Carnival Prizes Stress Anxiety Calm Down Sen... |
| 26  | 44 | 254 | 40 | 274 | 915 | 362 |
| Amazon's Choice | | | | | | |
| Limited time deal | Limited time deal | Limited time deal | Ends in 05:42:14 | Limited time deal | Limited time deal | Limited time deal |
| -10% $10⁷⁶ | -33% $7⁹⁹ | -25% $11⁹⁸ | -15% $34⁰⁰ | -21% $9⁴⁷ | -33% $7⁹⁹ | -16% $11⁶⁹ |
| List: $11.95 | List: $11.99 | List: $15.99 | ($4.25 / count) List Price $40.00 | List: $11.99 | List: $11.99 | List: $13.99 |

### More from frequently bought brands *Sponsored* ⓘ

|  | |  |  |  | |  |
|---|---|---|---|---|---|---|
| Fidget Toys Sensory Rings for Kids: 9 Pack Quiet Finger Spinner - Sensory Texture S... | Sensory Fidget Toys for Kids & Adults: 3D Printed Novetly Visual Sensory Toys with ... | Sensory Marble Fidget Toys for Kids- 6 Pcs Quiet Fidget for Classroom, Gel Filled A... | Fidget Toys Sensory Sticks for Kids: 3 Pack Textured Sensory Toys for Autism Calmin... | Fidget Toys Adults Sensory Rings: Metal Fidget Rings for Stress Relief, 2 Pack Sens... | Sensory Toys Kids Fidget Bracelets: 3 Pack Wearable Sensory Toys with 18 Textures f... | Fidget Toys Adults Sensory Stick: 6 Pack Textured Stress Toy for Anxiety Relief, Fl... |
| 36 | | | 27 | 8 | | |
| $9⁹⁹ | $9⁹⁹ | -10% $8⁹⁹ | $9⁹⁹ | -10% $8⁹⁹ | $11⁹⁹ | $9⁹⁹ |
| Save 20% with coupon | | List Price: $9.99 | | List: $9.99 Save 30% with coupon | | Save 30% with coupon |

## Product information

| | |
|---|---|
| Product Dimensions | 7.09 x 4.72 x 1.57 inches |
| Item Weight | 2.89 ounces |
| ASIN | B0FD38PLSF |
| Item model number | STE-Hiboom-2283 |
| Manufacturer recommended age | 15 years and up |
| Best Sellers Rank | #388,000 in Toys & Games (See Top 100 in Toys & Games) #504 in Multi-Item Fidget Toy Packs |
| Customer Reviews | 4.5 — 6 ratings 4.5 out of 5 stars |
| Manufacturer | Hiboom |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Product Description

Features:
Everyone's way of reducing stress is unique. Our stress relieving toys achieve graded tactile stimulation through the careful design of concave-convex molds. Whether you like to knead gently, or prefer to stretch hard, or enjoy the rhythmic sense brought by rotation, you can find a suitable way to relieve stress.

Each fidget stone toys comes in vibrant colors and features a unique texture, providing a satisfying tactile experience for teens and adults.

Specifications:
Material: silicone
Color: multicolor
Size: length: 1.73 inches, Width: 2.16 inches

Package includes:
4 Pcs Sensory Fidget Toys Stone

Notes:
Manual measurement, please allow slight errors on size.
The color may exist a slight difference due to different screen displays.

### What's in the box
- 4 Pcs Sensory Fidget Toys Stone

### Products related to this item *Sponsored* ⓘ

|  |  |  |  |  | | |
|---|---|---|---|---|---|---|
| 1pcs Function Pop (2-in-1) Fidget Toys Sensory Stone for Kids, Textured Soft Worry S... 7 $7.99 Save 25% with coupon | Sensory Marble Fidget for Kids Classroom- 18 Pack Gel Squeeze Stress Anxiety Autist... $20.99 Save 20% with coupon | Fidget Toys Adults Sensory Stick: 6 Pack Textured Stress Toy for Anxiety Relief, Fl... $9.99 Save 30% with coupon | Little Ouchies Pain Fidget Toys, Portable Pocket Pain Stim Fidget Toys for Adults, ... $9.99 Save 10% with coupon | Fidget Toys Adults Sensory Rings: Metal Fidget Rings for Stress Relief, 2 Pack Sens... -10% $8.99 List: $9.99 Save 30% with coupon | Sensory Toys Kids Fidget Bracelets: 3 Pack Wearable Sensory Toys with 18 Textures f... $11.99 Save 30% with coupon | Sensory Fidget Toys for Kids with Autism Toddlers 4 Pack Fidget Bracelet Chewy Neck... 5 -11% $7.98 Typical: $8.98 |

## Product Videos



Stedack
Hiboom 4 Pcs Fidget Toys Sensory Worry Stone Textured

## Similar brands on Amazon
Sponsored

 Fidget Toys for Kids Adults, 6Pcs Textured Sensory Stones for Autism... 4.3  87  $6.99 List: $9.99

 YoYa Toys Pull, Stretch and Squeeze Stress Balls - 3 Balls, Elastic Sensory... 3.8  3,439  $13.99

 Textured Slap Bracelets - 6PC Silicone Sensory Fidget Toys for Kids, Teens &... 4.9  26  $9.99 List: $12.99

 Infinity Cu... Fidgeting ... 4.5 $8.99

Sponsored

## Customer reviews
4.5 out of 5
6 global ratings

5 star   51%
4 star   49%
3 star   0%
2 star   0%
1 star   0%

How customer reviews and ratings work

**Reviews with images**                                  See all photos ›

   

## Top reviews from the United States

John M. Cape, Author of UnZeroed? and Poorly Zeroed

**Thick and Well Crafted**


Sponsored

Reviewed in the United States on September 8, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

I really like the solid feel of the silicone; it's thick, well-crafted, and clearly built to last. The waterproof design is a huge win, and it's incredibly easy to clean, holding up well even with daily wear and tear. Overall, I'm impressed with the durability and functionality. I'd love a bit more flexibility or varied texture in future versions.

Helpful    Report

I love to shop

### Worry stone fidgets in form of a ring
Reviewed in the United States on September 5, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

These silicone worry stone fidgets are really quite clever in their structure. They are essentially very large silicone ring bands with a different pattern and texture on the top of each one. The bands are quite large and will fit on most fingers. Because the stones are fairly large, it's a little awkward and noticeable to wear them the traditional way, but I realized that you can rotate them in with the textured sides in your palm. This way they are more subtle on your fingers and you can use them more easily too. I think these are a winner and they are at a good price point, too.



Helpful    Report

Amanda Crumpler

### Large colorful and unique
Reviewed in the United States on August 17, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

These are fun and I like the colors very much. Some of the designs "pop" but some do not. Each one has a different feel. The rings on the bottom are very large. It's super loose on my thumb. They're durable and don't have that super rubbery smell.



Helpful    Report

Bankdude

### Silicone Fidget Sensory Textured 'Worry Stone' with finger holder - 4 pieces
Reviewed in the United States on September 14, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

Silicone Fidget Stress Relief 'Worry Stone' with finger holder. 4 textured pieces in various colors, small enough to fit in pocket, purse or backpack. Perfect for children and adults, helpful for autism or anxiety relief in home, school or office.

Helpful    Report

Tina M. Hobbs

### Fun Fidget
Reviewed in the United States on September 10, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

Soothing sensory toy. We use these in the reward box in the classroom. The kids love them.



Helpful    Report

Kay M

### works well for kids too!
Reviewed in the United States on August 17, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

I know the product is meant for adults but i got this for my fidgety 7 yo and its worked great. He has a hard time sitting still and this keeps his hands busy so his brain can focus. these are meant for adults so they are on the larger side but its easier to keep track of and doesnt distract other kids.

Helpful    Report

See more reviews ›

Sponsored

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Science | Advertise Your Products | | | Recalls and Product Safety Alerts | | |
| | Self-Publish with Us | | | Registry & Gift List | | |
| | Become an Amazon Hub Partner | | | Help | | |
| | › See More Ways to Make Money | | | | | |

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates