**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:25-cv-2574-TPB-CPT | **DATE:** December 4, 2025 | |
|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | |
| **SHENZHEN LESHENG INDUSTRIAL CO., LTD.**<br><br>v.<br><br>**THE INDIVIDUALS, PARTNERSHIPS & UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A** | **PLAINTIFF COUNSEL:**<br>David Reiner (not present)<br><br>**DEFENDANT COUNSEL:**<br>Jianyin Liu (for Dfts listed at #25 & 44) | |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn | |
| **TIME:** 4:04 – 4:07 p.m.<br>**TOTAL:** 3 mins. | **COURTROOM:** | 14A |

**PROCEEDINGS:**   MOTION HEARING

Plaintiff's counsel not present.  Mr. Liu represents Defendants Stedack (#25) and Yywhahfgfb (#44).

TRO expires 12/5 and will not be renewed as to these two defendants.