**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE NO.: 8:25-cv-02574-TPB-CPT**

**SHENZHEN LESHENG INDUSTRIAL CO., LTD.**,

    Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**,

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, SHENZHEN LESHENG INDUSTRIAL CO., LTD., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action without prejudice against Defendant NPPN listed as Defendant No. 37 on Schedule A.

**DATED: December 5, 2025**

                                  Respectfully Submitted,

                                  **REINER & REINER, P.A.**
                                  *Counsel for Plaintiff*
                                  9100 South Dadeland Boulevard, Suite 901
                                  Miami, Florida   33156-7815
                                  Phone: (305) 670-8282; Facsimile: (305) 670-8989
                                  dpr@reinerslaw.com; eservice@reinerslaw.com

                                  By: _____
                                  **DAVID P. REINER, II**; FBN 416400