UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:25-cv-02574-TPB-CPT

SHENZHEN LESHENG INDUSTRIAL CO., LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

**PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, SHENZHEN LESHENG INDUSTRIAL CO., LTD., ("Plaintiff"), by and through undersigned counsel, hereby moves for an extension of the Court's *Sealed* Temporary Restraining Order (DE 13) ("TRO"), and states:

1. On November 3, 2025, the Court entered a *Sealed* Order Granting in Part, Deferring in Part, and Denying without Prejudice in Part (DE 13) the Plaintiff's *Sealed* Ex Parte Motion for Entry of Temporary Restraining Order, Preliminary Injunction, Order Restraining Transfer of Assets and Expedited Discovery (DE 12).

2. The TRO was subsequently extended twice (DE 17 and DE 25) to

maintain the status quo leading up to the December 4, 2025, preliminary injunction hearing.

3.  At the hearing, the Court continued the preliminary injunction hearing so Plaintiff could respond to the opposition filed by Defendants No. 25 and 44 (DE 27).

4.  The Court's prior Order (DE 25) stated that "The temporary restraining order (Doc. 13) is extended for an additional <u>fourteen days</u>, through and including 2:30 pm on December 5, 2025." Therefore, the TRO expires either on December 15, 2025[1] or December 5, 2025.

5.  In light of the foregoing, Plaintiff respectfully requests the Court clarify and extend the TRO until and through the rescheduled preliminary injunction hearing.

6.  Plaintiff has good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court if the TRO expires and the platforms are required to release the held funds prior to the Court's preliminary injunction order.

7.  Courts have found good cause to extend temporary restraining orders under similar circumstances, in order to effectuate the temporary restraining order. See *Lead Creation Inc. v. The Partnerships and Unincorporated Associations*

---

[1] 14 days from the prior expiration date of December 1, 2025. DE 19.

*Identified on Schedule A*, 2023 WL 12170777 at *1, Case No. 8:23-cv-49-CEH-CPT (M.D. Fla. February 24, 2023) (finding good cause, and granting TRO extension, in order to (*inter alia*) "maintain the status quo, [as the] TRO will be ineffective if no extension is granted").

**WHEREFORE**, Plaintiff respectfully requests the Court deem extended the Temporary Restraining Order (DE 13) until the rescheduled preliminary injunction hearing, together with such other relief the Court deems just and proper.

**DATED:  December 5, 2025**

        Respectfully Submitted,

        **REINER & REINER, P.A.**
        *Counsel for Plaintiff*
        9100 South Dadeland Blvd., Suite 901
        Miami, Florida   33156-7815
        Tel: (305) 670-8282; Fax: (305) 670-8989
        dpr@reinerslaw.com; eservice@reinerslaw.com

        By: _____
        **DAVID P. REINER, II, ESQ.**; FBN 416400