# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## CASE NO.: 25-CV-2574-TPB

**SHENZHEN LESHENG INDUSTRIAL CO. LTD.,**

Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

Defendants.

_____/

Judge Thomas P. Barber
Magistrate Judge Christopher P. Tuite

## NOTICE OF LIMITED APPEARANCE

Please take notice that Jianyin Liu, Esq., on behalf of Law Offices of James Liu, PLLC hereby enters his appearance for the defendant WIT-US (Seller ID: A2NU0GVPOLQWYH) for settlement and answer purpose only.

Jianyin Liu designates the following email addresses, for service of all documents required to be served in this proceeding:

Primary E-Mail Addresses: jamesliulaw@gmail.com;

Secondary E-Mail Address: jianyin.cdc@gmail.com.

Dated: Dec. 8, 2025

/s/ Jianyin
Liu Jianyin
Liu, Esq.

FBN: 1007675
jamesliulaw@gmail.com
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C Palmetto Bay, FL 33157
Ph: (305) 209 6188

## CERTIFICATE OF SERVICE

I certify that this document has been served to all parties on record via CM/ECF on this Dec. 8, 2025.

/s/ Jianyin Liu