UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:25-cv-02574-TPB-CPT

SHENZHEN LESHENG INDUSTRIAL CO., LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, SHENZHEN LESHENG INDUSTRIAL CO., LTD., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action without prejudice against:

- Defendant Basebuy listed as Defendant No. 5 on Schedule A;
- Defendant GOLDGE listed as Defendant No. 19 on Schedule A; and
- Defendant Gosknor listed as Defendant No. 20 on Schedule A.

**DATED: December 9, 2025**

    Respectfully Submitted,

    **REINER & REINER, P.A.**
    *Counsel for Plaintiff*
    9100 South Dadeland Boulevard, Suite 901
    Miami, Florida 33156-7815
    Phone: (305) 670-8282; Facsimile: (305) 670-8989
    dpr@reinerslaw.com; eservice@reinerslaw.com

    By: /s/ David P. Reiner, II
    **DAVID P. REINER, II**; FBN 416400