UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:25-cv-02574-TPB-CPT

SHENZHEN LESHENG INDUSTRIAL CO. LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,"

Defendants.
_____/

## DECLARATION OF JIANYIN LIU, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Jianyin Liu, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney duly licensed in the State of Florida (Florida Bar No. 1007675) and admitted to practice before this Court. I am counsel of record for Defendants Yywhahfgfb (Doe 44) and Stedack (Doe 25) in this action.

2. I have personal knowledge of the facts set forth in this Declaration.

3. Attached hereto as Exhibit A is a true and correct copy of the current Amazon product detail page for ASIN B0CMZJ7Y9K offered under the seller name "Lip Tone Equalizing Oil" (corresponding to Defendant Yywhahfgfb (Doe 44). This page was provided by Plaintiff.

4. Attached hereto as Exhibit B is a true and correct copy of the current Amazon product detail page for ASIN B0CY3Q5H7P offered under the seller name "Anxiety Stones Sensory Tools for Adults" corresponding to Defendant Stedack (Doe 25). This page was provided by Plaintiff.

5. The products shown in Exhibits A and B are materially different in appearance, size, texture pattern, color offerings, packaging, and marketing description. They are not the same accused product and do not share a common design source.

6. I have reviewed the Amazon seller profiles and storefronts for both Defendants. There is no common ownership, shared branding, shared inventory, shared supplier information, or any other indicia that Yywhahfgfb and Stedack are related entities or that their accused products arise out of the same transaction, occurrence, or series of transactions or occurrences.

7. I was informed by Defendants that neither Defendant has any relationship, agreement, or concert of action with any other defendants listed on Schedule A to this lawsuit.

8. Plaintiff has not provided claim charts, test purchases, or any evidence showing that the products sold by Yywhahfgfb and Stedack arise from the same factual circumstances as any other defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of December, 2025, at Palmetto Bay, Florida.

/s/ Jianyin Liu
Jianyin Liu, Esq.

Florida Bar No. 1007675
THE LAW OFFICES OF JAMES LIU, PLLC
15750 SW 92nd Avenue, Unit 20C
Palmetto Bay, FL 33157
Telephone: (305) 209-6188
Email: jamesliulaw@gmail.com
Counsel for Defendants Yywhahfgfb (Doe 44) and Stedack (Doe 25)

———————————————————————

How to file it:
- File the Declaration as Document 33-1 (or whatever the next exhibit number is).
- Attach the two Amazon screenshots you already have as Exhibit A and Exhibit B to the Declaration.
- This Declaration + the two printouts give Judge Barber everything he needs to grant dismissal or severance on both the functionality and § 299 grounds.

Let me know if you want the short Memorandum of Law to go with it — most MD Fla judges will rule on this exact record in these Schedule A design-patent cases. You're in a very strong position.