UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:25-cv-02574-TPB-CPT

SHENZHEN LESHENG INDUSTRIAL CO., LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, SHENZHEN LESHENG INDUSTRIAL CO., LTD., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action without prejudice against:

- Defendant Anboor listed as Defendant No. 1 in Schedule A;
- Defendant Cimidore listed as Defendant No. 9 in Schedule A;
- Defendant QINGLER listed as Defendant No. 43 in Schedule A; and
- Defendant VoMii listed as Defendant No. 53 in Schedule A;

**DATED: December 11, 2025**    Respectfully Submitted,

    **REINER & REINER, P.A.**
    *Counsel for Plaintiff*
    9100 South Dadeland Boulevard, Suite 901
    Miami, Florida 33156-7815
    Phone: (305) 670-8282; Facsimile: (305) 670-8989
    dpr@reinerslaw.com; eservice@reinerslaw.com

    By:_____
    **DAVID P. REINER, II**; FBN 416400

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on **December 11, 2025,** I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By:_____
**DAVID P. REINER, II**; FBN 416400