UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:25-cv-02574-TPB-CPT

SHENZHEN LESHENG INDUSTRIAL CO., LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, SHENZHEN LESHENG INDUSTRIAL CO., LTD., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action without prejudice against:

- Defendant AULEGE listed as Defendant No. 4 in Schedule A; and
- Defendant DENEZE listed as Defendant No. 10 in Schedule A; and
- Defendant Drephere listed as Defendant No. 11 in Schedule A; and
- Defendant KaneStar007 listed as Defendant No. 31 in Schedule A; and
- Defendant Tadonyny listed as Defendant No. 45 in Schedule A

**DATED: December 15, 2025**

Respectfully Submitted,

**REINER & REINER, P.A.**
*Counsel for Plaintiff*
9100 South Dadeland Boulevard, Suite 901
Miami, Florida 33156-7815
Phone: (305) 670-8282; Facsimile: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

By:_____
**DAVID P. REINER, II**; FBN 416400

### CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on **December 15, 2025,** I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By:_____
**DAVID P. REINER, II**; FBN 416400