# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CASE NO.: 8:25-cv-02574-TPB-CPT

SHENZHEN LESHENG INDUSTRIAL CO., LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, SHENZHEN LESHENG INDUSTRIAL CO., LTD., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action without prejudice against Defendant ZRENJHUS listed as Defendant No. 58 in Schedule A.

**DATED: December 17, 2025**

    Respectfully Submitted,

    **REINER & REINER, P.A.**
    *Counsel for Plaintiff*
    9100 South Dadeland Boulevard, Suite 901
    Miami, Florida 33156-7815
    Phone: (305) 670-8282; Facsimile: (305) 670-8989
    dpr@reinerslaw.com; eservice@reinerslaw.com

    By:_____
    **DAVID P. REINER, II**; FBN 416400

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on **December 17, 2025,** *I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By:_____
**DAVID P. REINER, II**; FBN 416400