UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:25-cv-02574-TPB-CPT

SHENZHEN LESHENG INDUSTRIAL CO., LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## NOTICE AND MOTION OF [PROPOSED] AGREED STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER

Plaintiff, SHENZHEN LESHENG INDUSTRIAL CO., LTD. and Third Party, TikTok Inc., hereby submit the attached Agreed Stipulated Confidentiality and Protective Order for entry in this action.

**WHEREFORE**, Plaintiff respectfully requests the Court enter the Agreed Stipulated Confidentiality and Protective Order.

DATED: **January 9, 2026**    Respectfully Submitted,

    **REINER & REINER, P.A.**
    *Counsel for Plaintiff*
    9100 South Dadeland Boulevard, Suite 901
    Miami, Florida 33156-7815
    Phone: (305) 670-8282; Facsimile: (305) 670-8989
    dpr@reinerslaw.com; eservice@reinerslaw.com

    By:_____
    **DAVID P. REINER, II**; FBN 416400

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on **January 9, 2026,** I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:_____
**DAVID P. REINER, II**; FBN 416400