# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CASE NO.: 8:25-cv-02574-TPB-CPT

SHENZHEN LESHENG INDUSTRIAL CO., LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, SHENZHEN LESHENG INDUSTRIAL CO., LTD., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action without prejudice against:

- Defendant Echohc Direct listed as Defendant No. 54 in Schedule A.

**DATED: January 13, 2026**

    Respectfully Submitted,

    **REINER & REINER, P.A.**
    *Counsel for Plaintiff*
    9100 South Dadeland Boulevard, Suite 901
    Miami, Florida 33156-7815
    Phone: (305) 670-8282; Facsimile: (305) 670-8989
    dpr@reinerslaw.com; eservice@reinerslaw.com

    By:_____
    **DAVID P. REINER, II**; FBN 416400

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on **January 13, 2026,** I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:_____
**DAVID P. REINER, II**; FBN 416400