UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:25-cv-02574-TPB-CPT

SHENZHEN LESHENG INDUSTRIAL CO., LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, SHENZHEN LESHENG INDUSTRIAL CO., LTD., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action without prejudice against:

- Defendant Hiboom a/k/a Stedack listed as Defendant No. 25 in Schedule A;

- Defendant Simgoing a/k/a Yywhahfgfb listed as Defendant No. 44 in Schedule A; and

- Defendant UIIOPJIOM a/k/a Night Apostle listed as Defendant No. 49 in Schedule A.

**DATED: January 26, 2026**

Respectfully Submitted,

**REINER & REINER, P.A.**
*Counsel for Plaintiff*
9100 South Dadeland Boulevard, Suite 901
Miami, Florida 33156-7815
Phone: (305) 670-8282; Facsimile: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

By:_____
**DAVID P. REINER, II**; FBN 416400

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on **January 26, 2026,** I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By:_____
**DAVID P. REINER, II**; FBN 416400